**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 11-1189**

———

DWIGHT W. THORN,

               Plaintiff - Appellant,

     v.

KATHLEEN SEBELIUS, Secretary, Department of Health & Human
Services,

               Defendant - Appellee.

———

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:10-cv-00299-DKC)

———

Submitted:  February 7, 2012     Decided:  February 14, 2012

———

Before KING, AGEE, and WYNN, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Donna Beasley, Washington, D.C., for Appellant.  Rod J.
Rosenstein, United States Attorney, Neil R. White, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight W. Thorn appeals the district court's order granting summary judgment in favor of the Appellee on each of his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Thorn v. Sebelius, No. 8:10-cv-00299-DKC (D. Md. Feb. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED